# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MAINE

| | |
|---|---|
| MIGNONNE NYOTA MITONDO, et. al., | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No 2:25-cv-00248-SDN |
| KRISTI NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security, et. al., | ) |
| Defendant(s) | ) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, MIGNONNE NYOTA MITONDO and JUNIOR JONAH KALUMBA, along with the undersigned counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against all defendants in the instant action.

Date: December 9, 2025

Respectfully submitted,

/s Sadaf F. Ahmed
Sadaf F. Ahmed, Esq. (IN0013)
JEELANI LAW FIRM, PLC
3701 West Algonquin
Road, Suite 630
Rolling Meadows, IL 60008
sadaf@jeelani-law.com
Phone: (312) 767-9030
Fax: (312) 767-9030
*Counsel for Plaintiffs*

1